PROB 22
(Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*
4:21CR00021-001

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:24-cr-00022-JCM-EJY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jacob Heaton Rogers | UTAH | SOUTHERN |

NAME OF SENTENCING JUDGE
David Nuffer, Senior U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 05/08/2023 | TO 05/07/23 |
|---|---|---|

**OFFENSE**
Interstate Travel With Intent to Engage in Illicit Sexual Conduct

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Family ties, in treatment, family support

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Central   DISTRICT OF   UTAH

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   NEVADA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/31/2023
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   _____   DISTRICT OF   _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 13, 2024
*Effective Date*

*United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jacob Heaton Rogers

Case No.: To be assigned

**REQUESTING ACCEPTANCE OF**
**TRANSFER OF JURISDICTION**

January 31, 2024

TO:   United States District Judge

The purpose of this correspondence is to request Transfer of Jurisdiction be accepted to the District of Nevada.

By way of case history, Rogers was sentenced in the District of Utah to 36 months custody followed by 120 months supervised release for committing the offense of Interstate Travel with Intent to Engage in Illicit Sexual Conduct. On May 8, 2023, Rogers commenced supervision in the District of Nevada.

Rogers has significant ties to our community and intends to remain in our district for the duration of his supervision. In order to address any matters that may require Court intervention in an efficient manner, it is respectfully requested Transfer of Jurisdiction be accepted. The Honorable Judge David Nuffer is in agreement with the request as observed by his signature on the attached Probation Form 22.

Should the Court agree, please countersign the attached Probation Form 22. Please feel free to contact the undersigned officer with any questions or concerns at (702) 527-7258.

Respectfully submitted,

*Digitally signed by Matthew Martinez*
*Date: 2024.02.01 14:55:46 -08'00'*

Matthew S. Martinez
Senior United States Probation Officer

Approved:

*Digitally signed by Joy Gabonia*
*Date: 2024.02.01 14:44:29 -08'00'*

Joy Gabonia
Supervisory United States Probation Officer